# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 6, 2015

_____

### DOCKET CORRECTION NOTICE

_____

No. 15-4306,    <u>US v. Oluwaseun Sanya</u>

                8:12-cr-00379-TDC-1

TO:    Joanna Beth Silver

## TRANSCRIPT ORDER DUE:  August 11, 2015

Please make the corrections identified below and file a corrected transcript order by the due date indicated using the **Transcript Order form** entry.

---

   [X] Docketing statement indicates that transcript is necessary.  Please file a transcript order form and separate CJA 24 form (if required) for each court reporter.

Barbara H. Rowe, Deputy Clerk
804-916-2704